**Electronically Filed**
**Supreme Court**
**SCWC-12-0000555**
**06-MAY-2016**
**11:52 AM**

SCWC-12-0000555

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————

JOEL SHAWN RAND,
Petitioner/Plaintiff-Appellee,

vs.

KEHAULANI MUNOS RAND,
Respondent/Defendant-Appellant.

———————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000555; FC-D NO. 11-1-0371)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee Joel Shawn Rand's,

application for writ of certiorari filed on March 28, 2016, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 6, 2016.

R. Steven Geshell
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

